Lee C. PEDERSEN, Releasagen Manufacturing, Inc., and Cut Kleen Chem., Inc., Plaintiffs–Appellants,

v.

AKONA, LLC, Defendant,

and

Kleen Products, LLC (formerly known as Akona, LLC), and Stephen H. Hodges, Defendants–Appellees.

No. 2006–1650.

United States Court of Appeals, Federal Circuit.

May 18, 2007.

Before NEWMAN, LOURIE, and SCHALL, Circuit Judges.

## JUDGMENT

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

*AFFIRMED.* *See* Fed. Cir. R. 36.

ALAN LEE DISTRIBUTORS, INC. (doing business as ADI Pet, Inc.) and Christopher Weinberg, Plaintiffs–Appellees,

v.

Van BROWN, Defendant–Appellant.

No. 2006–1618.

United States Court of Appeals, Federal Circuit.

May 18, 2007.

Before NEWMAN, SCHALL, and DYK, Circuit Judges.

## JUDGMENT

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

*AFFIRMED.* *See* Fed. Cir. R. 36.